**MEMO ENDORSED**

# SCHWARTZ PERRY & HELLER LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

August 16, 2024

<u>Via ECF</u>

Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: <u>Lauren LaPolice v. FAM, LLC</u>
      1:23-cv-07091-DEH

Dear Judge Ho:

  We represent Plaintiff Lauren LaPolice ("LaPolice") in the above-referenced matter. We write jointly with counsel for Defendant FAM, LLC ("FAM") to respectfully request a brief adjournment of the date by which the parties are to submit their joint letter regarding FAM's anticipated motion for summary judgment, which is presently September 3.

  Defense counsel is presently out of the office and I will be out of the office through Labor Day. The parties, therefore, respectfully request that the joint letter be due on Friday, September 6. The parties do not request an adjournment of the conference scheduled for September 10 at 10:30 am.

  We thank the Court for its consideration of this matter.

cc: All counsel – via ECF

                 Respectfully submitted,

                 BRIAN HELLER

Application GRANTED.

The joint letter is due by **September 6, 2024**.

The Clerk of Court is respectfully directed to close ECF No. 34.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: August 19, 2024
New York, New York