**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
LAUREN LAPOLICE,

                Plaintiff,                               23 **CIVIL** 7091 (DEH)

   -against-                                             **JUDGMENT**

FAM, LLC,

                Defendant.
-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 18, 2025, Defendant's motion for summary judgment is GRANTED and the parties' cross-motions to strike are DENIED; accordingly, the case is closed.

**Dated:** New York, New York

      September 11, 2025

                                                           **TAMMI M. HELLWIG**
                                                            **Clerk of Court**

                    **BY:**

                                                             **Deputy Clerk**